**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>  Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (BRL)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation),<br><br>           Plaintiff<br><br>-against-<br><br>Theodoor GGC Amsterdam, et al.<br><br>           Defendants. | Adv. Pro. No. 10-03496 (BRL)<br><br>Administratively Consolidated<br><br>**ORAL ARGUMENT REQUESTED** |
| This Notice of Motion to Dismiss is related to the Following Adversary Proceeding:<br><br>10-03626 | |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendant BGL BNP Paribas S.A. (f/k/a BNP Paribas Luxembourg SA)'s Motion to Dismiss, the Plaintiffs' Fourth Amended Complaint dated August 11, 2021, in the above-captioned action, filed substantially contemporaneously herewith, and all prior pleadings and proceedings herein, Defendant BGL BNP Paribas S.A. (f/k/a BNP Paribas Luxembourg SA) ("Defendant") will move this Court for an order dismissing with prejudice the complaint filed by the Liquidators of Fairfield Sentry Limited and Fairfield Sigma Limited, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

1

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by this Court.

Dated: October 29, 2021
New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Ari D. MacKinnon*
Ari D. MacKinnon
Thomas S. Kessler

One Liberty Plaza
New York, New York 10006 Telephone: (212) 225-2000

*Counsel for BGL BNP Paribas S.A. (f/k/a BNP Paribas Luxembourg SA)*